# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DARIO ACEITUNO, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:19-cv-01758-ACA-HNJ |
| HARRISON POLICE DEPT., et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 13, 2020, recommending that the court grant Respondents' motion to dismiss this 28 U.S.C. § 2241 petition for writ of habeas corpus as moot due to Petitioner Dario Aceituno's removal to Argentina on June 2, 2020. (Doc. 22). Although the magistrate judge advised Mr. Aceituno of his right to file specific written objections within fourteen days, the court has not received any objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the

---

[1] The Clerk mailed a copy of the magistrate judge's report and recommendation to Mr. Aceituno at the Etowah County Detention Center, Mr. Aceituno's last known address. The Postal Service returned as undeliverable Mr. Aceituno's copy of the report and recommendation. (Doc. 23). Mr. Aceituno has not apprised the court of his current address.

court **GRANTS** Respondents' motion to dismiss the petition as moot. (Doc. 21).

The court will dismiss this matter by separate order.

    **DONE** and **ORDERED** this August 12, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE